IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Laura A. Goodz,                                  :
                 Petitioner        :
                                          :
           v.                                   :
                                          :
County of Lancaster (Workers'                    :
Compensation Appeal Board),                      :
                 Respondent        :        No. 648 C.D. 2023

**PER CURIAM**                    **O R D E R**

       NOW, July 29, 2024, upon consideration of Petitioner's application for reconsideration/reargument, the application is DENIED.